UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

NOEL JUNIOR TCHANGO,

                Petitioner,

v.

                           No. 1:25-CV-00200-H

MARCELLO VILLEGAS,

                Respondent.

## ORDER

Petitioner Noel Junior Tchango, proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the legality of his immigration detention in the Bluebonnet Detention Center in Anson, Texas.[1] Tchango seeks immediate release. Respondent filed a response in opposition to the petition along with relevant records. Petitioner did not file a reply.

In 2014, Tchango, a native and citizen of Gabon, was admitted into the United States on a nonimmigrant student visa with authorization to remain here for the duration of his academic status. *See* Dkt. No. 10 at 27–29. In November 2024, the U.S. Department of Homeland Security initiated removal proceedings on the ground that Tchango failed to maintain or comply with the conditions of his nonimmigrant status. *See id.* at 27. In August 2025, Tchango filed this Section 2241 habeas action. Approximately three months later, an immigration judge ordered that Tchango be removed from the United States. *See* Dkt. No.

---

[1] In October 2025, the Clerk received and docketed two Section 2241 petitions filed by Tchango that are both dated August 26, 2025. Dkt. Nos. 1, 7; *see Spotville v. Cain,* 149 F.3d 374, 378 (5th Cir. 1998) (providing that a prisoner's habeas petition is deemed to be filed when he delivers the papers to prison authorities for mailing). In November, the Court consolidated the petitions into this single action. Dkt. No. 6.

10 at 19–22. Tchango's appeal of the removal order is currently pending before the Board of Immigration Appeals.[2]

Respondent argues that the Court should deny the petition because Tchango is not entitled to the relief that he seeks. Dkt. Nos. 9, 10. In particular, Respondent contends that, under 8 U.S.C. § 1226(a)(1), Tchango is subject to continued discretionary detention pending a final decision on whether he is to be removed from the United States. Dkt. No. 9 at 3, 5; *see* 8 U.S.C. § 1226(a)(1). Additionally, Respondent argues that the Court has no authority to review the discretionary judgment made by the Attorney General under Section 1226. Dkt. No. 9 at 4.

The deadline for Tchango to file a reply lapsed. To date, he has not filed a reply, sought an extension of time to do so, or otherwise attempted to refute the factual and legal contentions asserted by Respondent in its response.

The Court has reviewed the parties' pleadings, relevant records, and applicable law. For the reasons stated in Respondent's response, the Court concludes that Petitioner's claims have no merit. Tchango's petition is therefore denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated February __6__, 2026.

JAMES WESLEY HENDRIX
United States District Judge

---

[2] The Court takes judicial notice of public case information available on the U.S. Department of Justice Executive Office for Immigration Review website. *See* https://www.justice.gov/eoir/board-of-immigration-appeals (last visited Feb. 5, 2026).

2