UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| NOEL JUNIOR TCHANGO,<br><br>  Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS,<br><br>  Respondent. | No. 1:25-CV-00200-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is denied and dismissed with prejudice.

Dated February 10, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge